# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CEDAR OAKS APARTMENTS L.P., et al., <br><br> Defendants. | Case No. 1:18-cv-00082 LJO JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT** <br><br> (Doc. 7) |

The plaintiffs report they have come to terms of settlement.[1]  (Doc.7)  They indicate they will seek dismissal of the action soon. <u>Id</u>.  Thus, the Court **ORDERS**:

     1.      The stipulation to dismiss the action **SHALL** be filed **<u>no later than May 11, 2018</u>**;

     2.      All other pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:   **April 10, 2018**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] As a result, the order to show cause (Doc. 6) is **DISCHARGED**.