# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CEDAR OAKS APARTMENTS L.P., et al., <br><br> Defendants. | Case No. 1:18-cv-00082 LJO JLT <br><br> **ORDER TO CLOSE THECASE** <br><br> (Doc. 9) |

The plaintiffs have filed a notice of voluntary dismissal with prejudice. (Doc. 9) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 17, 2018**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE